```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TRENT PICKARD, | : | CIVIL ACTION |
| | : | NO. 13-5682 |
| v. | : | |
| MICHAEL WENEROWICZ, et al., | : | |

## O R D E R

**AND NOW,** this **17th** day of **December, 2014,** upon review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF No. 16), and no objections having been filed,[1] it is **ORDERED** as follows:

(1) the Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED and DISMISSED with prejudice;**

(3) A Certificate of Appealability shall not issue; and

(4) The Clerk of Court shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] Objections to a magistrate judge's proposed report and recommendation may be filed within fourteen days after service of a copy thereof. See Local Civ. R. 72.1(IV)(b).